An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PREMIER LEGAL GROUP,
Appellant,
vs.
ANDERSON MCPHARLIN &
CONNORS LLP,
Respondent.

No. 65840

**FILED**

AUG 2 7 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant has moved to voluntarily dismiss this appeal. The unopposed motion is granted, with the parties to bear their own fees and costs, NRAP 42(b), and we

ORDER this appeal DISMISSED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Mark R. Denton, District Judge
Premier Legal Group
Anderson McPharlin & Conners LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-28306